1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN W. ENOS
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for
   the United States of America
7



FILED
MAR 0 8 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
      DEPUTY CLERK

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       )  1:12 CR 0 0 0 0 6 1 LJO SKO
                                     )
12 |             Plaintiff,          )  VIOLATIONS: 18 U.S.C.
                                     )  § 1591(a)(1) - Sex Trafficking
13 |                                 )  of Children or by Force, Fraud
   | v.                              )  or Coercion; 18 U.S.C. §
14 |                                 )  1591(a)(2) - Participating in a
                                     )  Sex Trafficking Venture and 18
15 | ALEJANDRO MANUEL PEREZ,         )  U.S.C. § 1594(d) - Forfeiture
   |    aka "Dro"                    )
16 |                                 )
   |             Defendant.          )
17 |_____)

18                        I N D I C T M E N T

19 COUNT ONE: [18 U.S.C. § 1591(a)(1) - Sex Trafficking of
               Children or by Force, Fraud, and Coercion]
20

21      The Grand Jury charges  T H A T:

22                       ALEJANDRO MANUEL PEREZ,
                              aka "Dro"
23

24 defendant herein, beginning on approximately February 4, 2010 and

25 continuing through approximately March 13, 2010, in Tulare

26 County, within the State and Eastern District of California, in

27 and affecting interstate commerce, knowingly did recruit, entice,

28 harbor, transport, provide, obtain, and maintain by any means, a

                                    1

1 | person, to wit: a sixteen year-old female victim, while knowing,
2 | or in reckless disregard of the fact, that means of force,
3 | threats of force, fraud, coercion, and any combination of such
4 | means, would be used to cause the person to engage in a
5 | commercial sex act, and knowing that the person had not attained
6 | the age of 18 years and would be caused to engage in a commercial
7 | sex act, all in violation of Title 18, United States Code,
8 | Section 1591(a)(1).

COUNT TWO: [18 U.S.C. § 1591(a)(2) - Participation in Sex Trafficking Venture]

The Grand Jury further charges  T H A T:

ALEJANDRO MANUEL PEREZ,
aka "Dro"

defendant herein, beginning on approximately February 4, 2010 and continuing through approximately March 13, 2010, in Tulare County, within the State and Eastern District of California, in and affecting interstate commerce, knowingly benefitted, financially and by receiving anything of value, from participation in a venture which did recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, to wit: a sixteen year-old female, while knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause the person to engage in a commercial sex act, and that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act, all in violation of Title 18, United States Code, Section 1591(a)(2).

2

FORFEITURE ALLEGATION: [18 U.S.C. § 1594(d)- Criminal Forfeiture]

The allegations contained above in this Indictment are re-alleged and incorporated herein for the purpose of alleging forfeiture pursuant to 18 U.S.C. §§ 1594(d).

Upon conviction for violating 18 U.S.C. § 1591(a)(1), as alleged in Count One, or upon conviction for violating 18 U.S.C. § 1591(a)(2), as alleged in Count Two, ALEJANDRO MANUEL PEREZ shall forfeit to the United States, pursuant to 18 U.S.C. § 1594(d), his interest in any and all matters used or intended to be used to commit or to facilitate their commission; any property constituting or traceable to gross profits or other proceeds the defendant obtained directly or indirectly as a result of the these violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the these violations.

If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Two of this Indictment cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, it is the intent of the United States, under 18 U.S.C. § 2253(b) (incorporating therein 21 U.S.C. § 853(p)), to seek forfeiture of

3

1 | any other property of the defendant up to the value of the
2 | property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

BENJAMIN B. WAGNER
United States Attorney

By ___*Mark E. Cullers*___
MARK E. CULLERS,
Assistant U.S. Attorney
Chief, Fresno Office

4