KYLE J. HUMPHREY (SBN 118477)
THE LAW OFFICES OF KYLE J. HUMPHREY
2211 17th Street
Bakersfield, CA 93301
(661) 327-1360 (phone)
(661) 327-2942 (facsimile)

Attorneys for
Alejandro Perez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:12CR0061 LJO-SKO |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE MOTIONS SCHEDULE** |
| ALEJANDRO PEREZ, | **Date:  April 15, 2013**<br>**Time: 1:00 p.m.** |
| Defendant | |

The Defendant, ALEJANDRO PEREZ, by and through his attorney of record, Kyle J. Humphrey, and the United States of America, by and through its attorney of record, Brian Enos, hereby stipulate as follows:

1. The motions hearing in this matter is currently set for April 15, 2013 at 1:00 p.m.

2. The defense is seeking a continuance of the motions deadline schedule currently set but requests that the current date for hearing on the motions remain the same.

3. The defense is requesting that a new motions schedule be set as follows: defendant's motions are due by March 7, 2013; the government's opposition due by March 29, 2013; defendant's reply to oppositions due by April 5, 2013; and the current motions hearing date of April 15, 2013, at 1:00 p.m. remain the same.

4. The United States has no objection to the requested continuance and the dates selected. The date was selected after consultation between the attorneys regarding the motions schedule.

5. The parties agree that the time is excluded under the Speedy Trial Act, as previously agreed, under 18 U.S.C. § 3161(h)(7)(A).

Stipulation and Order of all parties to reset motions schedule - 1

**IT IS SO STIPULATED.**

DATED: February 28, 2013					The Law Office of Kyle J. Humphrey

						By: /s/  Kyle J. Humphrey
						Kyle J. Humphrey, Attorney for   Defendant,
						ALEJANDRO PEREZ

DATED:  November 21, 2011				United States Attorney's Office

						By: /s/ Brian Enos
						Brian Enos
						Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that the motions schedule in this matter be reset as follows: defendant's motions are due by March 7, 2013; the government's opposition due by March 29, 2013; defendant's reply to oppositions due by April 5, 2013; and the current motions hearing date of April 15, 2013, at 1:00 p.m. remain the same.

Time is excluded under the Speedy Trial Act, for the reasons outlined in the stipulation, through that date and time as well.

IT IS SO ORDERED.

   Dated:   **February 28, 2013**		     /s/ Lawrence J. O'Neill
						UNITED STATES DISTRICT JUDGE