BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for
 the United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO MANUEL PEREZ,<br>　　aka "Dro"<br><br>　　　　　Defendant. | 1:12-cr-00061 LJO/SKO<br><br>**STIPULATION TO CONTINUE APRIL 15, 2013 HEARING ON DISCOVERY MOTION TO MAY 20, 2013; ORDER**<br><br>Date: May 20, 2013<br>Time: 1:00 p.m.<br>Ctrm: 7<br><br>Hon. Sheila K. Oberto |

　　　IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the parties' April 15, 2013 hearing on defendant's discovery motion and underlying briefing deadlines be continued as follows:

　　　1.　United States' Response Brief, from March 29, 2013 until May 3, 2013;

　　　2.　Defendant's Reply Brief, if any, from April 5, 2013 until May 10, 2013; and

　　　3.　Discovery Hearing, from April 15, 2013 until May 20, 2013.

1     The parties base this stipulation on good cause. To
2 explain, counsel for the government met earlier this week with
3 the lead agent on the case to go over the issues addressed in
4 defendant's discovery motion, as well as an attendant letter sent
5 directly to government counsel. Pursuant to that meeting, the
6 prosecution team developed a game plan with respect to how it
7 could try to gather additional information in the case.

8     Yesterday, however, the lead agent's wife was admitted to
9 the hospital with respect to an unexpectedly early delivery of
10 twins. Accordingly, counsel for the government understands the
11 agent will need to be out of the office for the next several
12 weeks.

13     Significantly, the parties do not ask that the October 1,
14 2013 trial date be continued.

15     For the above-stated reason, the stipulated continuance will
16 conserve time and resources for both parties and the court, and
17 the delay resulting from this continuance shall be excluded in
18 the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A)
19 and 3161(h)(7)(B)(ii).

20                              BENJAMIN B. WAGNER
                               United States Attorney
21

22 Dated: March 22, 2013    By:  Brian W. Enos
                                  Brian W. Enos
23                                 Assistant U.S. Attorney

24
                                (As auth. 3/22/13)
25
Dated: March 22, 2013       /s/ Kyle J. Humphrey
26                                 Kyle J. Humphrey
                               Attorney for Defendant
27

28

**ORDER**

IT IS SO ORDERED.

**Dated:   March 27, 2013**                    /s/ Sheila K. Oberto
                                               UNITED STATES MAGISTRATE JUDGE