UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>ALEJANDRO MANUEL PEREZ,<br><br>                    Defendant. | Case No.:  1:12-CR-00061-001 JLT<br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced on August 19, 2022, to Time Served (115 days),

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

  Dated:   **August 19, 2022**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE