Jeremy Dobbins, Esq. SBN
Law Office of Jeremy M. Dobbins
1225 E. Divisadero Street
Fresno, CA 93721
Telephone: (559) 306-6580
Facsimile: (559) 316-4070
E-mail: jeremy@jeremymdobbins.com

*Counsel for Plaintiff,* Alejandro Manuel Perez

UNITED STATES DISRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEJANDRO MANUEL PEREZ,<br><br>Defendant. | **CASE NO. 1:12-cr-00061-JLT-SKO-1**<br><br>**MOTION TO BE TERMINATED AS COUNSEL FOR DEFENDANT, ALEJANDRO PEREZ** |

TO THE HONORABLE COURT:

   Jeremy M. Dobbins was appointed as CJA Counsel for Defendant, Alejandro Perez on April 29, 2022. Defendant was sentenced on August 19, 2022. Defense counsel requests to be terminated from the case since the representation has ended and we have submitted the final voucher.

Dated: February 27, 2023              **LAW OFFICE OF JEREMY M. DOBBINS**


                                       /S/ Jeremy M. Dobbins
                                       Jeremy M. Dobbins,
                                       *Attorney for Defendant,*
                                       ALEJANDRO MANUEL PEREZ

1  IT IS SO ORDERED.

2   Dated:   **February 27, 2023**                         
3                                                          UNITED STATES DISTRICT JUDGE










**PROOF OF SERVICE**
1:12-cr-00061-JLT-SKO-1

My business address is 1225 E. Divisadero Street, Fresno, CA 93721. I am employed in Fresno, California. I am over the age of 18 years and am not a party to this case.

On the date indicated below, I served the foregoing document(s) described as **MOTION TO BE TERMINATED AS COUNSEL FOR DEFENDANT, ALEJANDRO PEREZ** to all interested parties in this action as indicated in the attached service list and in the manner as described below:

*United States Attorney,* Brian Enos
United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Email: Brian.Enos@usdoj.gov

  X (BY ELECTRONIC MAIL) I caused such documents to be scanned into PDF format and sent via electronic mail to the electronic mail address(es) of the address(es) designated on the proceeding page.

**EXECUTED ON February 27, 2023 at Fresno, California.**

  X   (FEDERAL) I declare that I am employed in this office of a member of the bar of this court at whose direction this service was made.


                By: /S/ Carragan Huerta
                    Carragan Huerta, Declarant