**Melissa Baloian SBN# 232602**
**Law Office of Melissa Baloian**
**2950 Mariposa St., Suite 120**
**Fresno, CA 93721**
**Telephone (559) 352-2331**
**Mbaloian.law@gmail.com**

Attorney for Defendant ALEJANDRO PEREZ,

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:12-CR-00061-JLT-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE,** |
| vs. | |
| ALEJANDRO PEREZ, | Date: June 13, 2024 |
| | Time: 2:00 p.m. |
| Defendant. | Court: Hon. Sheila K. Oberto |

## STIPULATION

The defendant, ALEJANDRO PEREZ, by and through his counsel, Melissa Baloian, and the United States of America, by and through its counsel, Assistant United States Attorney Henry Carbajal, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference hearing on June 13, 2024, at 2:00 p.m.

2. By this stipulation, the parties now move to continue the status conference hearing until June 21, 2024, at 2:00 p.m.

3. The parties agree and stipulate, and request the Court find the following:

   a. Probation has provided initial discovery based on the allegations.

    b. Defense needs additional time to communicate with the defendant and the parties regarding the resolution in this matter.

    c. Defense anticipates a resolution on June 21, 2024, via the defendant's admissions.

  4. Based on this matter being a supervised release violation, no exclusion of time is required under the Speedy Trial Act.

IT IS SO STIUPLATED.

Dated: June 11, 2024

              /s/ MELISSA BALOIAN
              _____
              **Melissa Baloian**
              Attorney for Defendant

Dated: June 11, 2024

              /s/ HENRY CARBAJAL
              _____
              **Henry Carbajal**
              Assistant United States Attorney

---

## ORDER

**IT IS SO ORDERED.**

Dated: 6/11/2024

              *Sheila K. Oberto*
              _____
              **UNITED STATES MAGISTRATE JUDGE**